IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERTO SOLER,
    Plaintiff,

vs.                                   CASE NO.: 3:03cv488/RV/MD

UNIT MANAGER ANDERSON, et al.,
    Defendants.

---

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 15, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

The plaintiff's renewed motion for temporary restraining order, as supplemented (docs. 95 & 96), is DENIED.

DONE AND ORDERED this 19th day of April, 2005.

                                            /s/ _Roger Vinson_
                                            **ROGER VINSON**
                                            **SENIOR U.S. DISTRICT JUDGE**