IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALBERTO SOLER,**
        **Plaintiff,**

vs.                                          Case No.: 3:03cv488/RV/MD

**BUREAU OF PRISONS, et al.,**
        **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion for voluntary dismissal of this civil rights action brought pursuant to 28 U.S.C. § 1331 and *Bivens*.[1]  (Doc. 105).  Plaintiff requests that such dismissal be without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1.  That plaintiff's motion to dismiss (doc. 105) be GRANTED and this case be DISMISSED WITHOUT PREJUDICE.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 5th day of May, 2005.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**

---

[1] *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).