IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALBERTO SOLER,**
    **Plaintiff,**

vs.                                                                3:03cv488/RV/MD

**BUREAU OF PRISONS, et al.,**
    **Defendants.**

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 5, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's motion to dismiss (doc. 105) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED this 7th day of June, 2005.

                                                             /s/ *Roger Vinson*
                                                            **ROGER VINSON**
                                                            **SENIOR UNITED STATES DISTRICT JUDGE**